# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSICA D., | Case No. 24-cv-2981 (LMP/ECW) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FRANK BISIGNANO, *Commissioner of Social Security*, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright, issued on July 30, 2025. ECF No. 16. Magistrate Judge Wright recommends denial of Plaintiff Jessica D.'s requests that the Court vacate the final decision of the Commissioner of Social Security ("Commissioner") denying her application for Social Security disability insurance benefits and remand this matter to the Social Security Administration ("SSA") for further proceedings. *See generally id.* Neither party objected to the R&R within the time specified by Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.2(b)(1), so the Court reviews the R&R for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Having reviewed the detailed R&R, the Court finds no clear error. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 16) is **ADOPTED**;

2. Plaintiff's request that the Court vacate the Commissioner's decision and remand this matter to the SSA for further proceedings (ECF No. 13) is **DENIED**;

3. The Commissioner's request that his decision be affirmed (ECF No. 15) is **GRANTED**; and

4. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 3, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge